No. 05–634. SIKKA v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–636. ROBERTS v. TITUS COUNTY MEMORIAL HOSPITAL. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 05–637. STEPHENS v. GEORGIA DEPARTMENT OF TRANSPORTATION. C. A. 11th Cir. Certiorari denied.

No. 05–642. FLYNN ET AL. v. MEERS, AS GUARDIAN FOR MEERS, ET AL. Ct. App. Ky. Certiorari denied.

No. 05–643. GATES v. AKINS ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–654. DANIELS, AKA TRIPLETT v. UCHTMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–655. TAYLOR v. GEORGIA DEPARTMENT OF PUBLIC SAFETY ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–661. LOREN-MALTESE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–663. YOUNG ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–667. SUNBEAM PRODUCTS, INC. v. WING SHING PRODUCTS (BVI) LTD. C. A. Fed. Cir. Certiorari denied.

No. 05–679. LERMAN v. LEGREIDE, DIRECTOR, NEW JERSEY DIVISION OF MOTOR VEHICLES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 05–681. STERN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–688. BROMLEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.